STRATEGIC ADVISERS GROUP LLC
1455 Pennsylvania Avenue
Suite 400
Washington, DC 20004
Tel.: (202) 688 1564
nino@straadgroup.com
Sebastian Saviano
*Pro Se*

FILED BY _____ D.C.

MAY 05 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| STRATEGIC ADVISERS GROUP LLC | No. _____ |
| Plaintiff, | **COMPLAINT FOR BREACH OF CONTRACT** |
| v. | |
| GRUPO INDUSERVICE S.A.S. | JURY TRIAL DEMANDED |
| Defendant, | |

PLAINTIFF, Strategic Advisers Group LLC ("Strategic Advisers"), alleges as follows:

## INTRODUCTION

1. This is an action for breach of contract. Defendant, Grupo Induservice S.A.S. ("Induservice"), has breached material terms of a consulting and fee protection agreement with Plaintiff Strategic Advisers. Defendant entered into an investment agreement with a third party as a direct result of Plaintiff's consulting and advising role and efforts. Defendant then concealed such agreement from Plaintiff, along with its terms and any information on its financial returns.

## PARTIES

2. Strategic Advisers Group, the Plaintiff, a single-member LLC, is an international private investment and project funding advisory company. It has its main address in Washington, DC at 1455 Pennsylvania Avenue NW, Suite 400. Sebastian "Nino" Saviano is the company's

Managing Member, and its sole member.

3. Grupo Induservice S.A.S., the Defendant, in an international trading company engaged in commercial trading services and products. Induservice maintains a presence in Colombia, where its executives are based, and in the United States. In Colombia it operates as Grupo Induservice S.A.S., with address at crr 12 No. 147-57 in Bogota. In the United States, it operates as Induservice International Trading Group LLC, a Florida-registered company with address at 7928 East Dr, Suite 1401, North Bay Village, FL 33141.

4. The U.S. company is the alter ego of the Colombian company. Both entities list Mr. Julian Alonso as the CEO, and Ms. Amelia Duenas as President in Florida, and Corporate Secretary in Colombia. The Florida company lists Mr. Eduardo Gomez as its Manager and Registered Agent. Also, both entities jointly are referred to and do business as 'Induservice Int'l Trading Group'.

## JURISDICTION

5. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332 because the parties are diverse in citizenship. Strategic Advisers is a citizen of the District of Columbia. Induservice is a citizen of Florida and Colombia.

## VENUE

6. Venue is proper pursuant to 28 U.S.C. § 1391 because Defendant maintains a place of business in Florida.

## FACTS

7. On March 24, 2021, Plaintiff Strategic Advisers and Defendant Induservice signed a commission fee agreement – the Irrevocable Master Fee Protection Agreement (IMFPA), entitling Plaintiff to financial remuneration for investment advisory services rendered

to Defendant. Said IMFPA requires Defendant to pay Plaintiff a fee of 5% (five percent) on all financial returns (or profits) derived from any investment achieved as a result of the services rendered by Plaintiff.

8. Defendant Induservice's initial investment involved a financial sum of up to GBP 5,000,000,000 (Five Billion British Pound Sterling), or approximately $7,000,000,000 (Seven Billion USD).

9. As per the investment application dated March 24, 2021, Defendant provided documentation and verification of the corporate cash account it holds at the Swiss-headquartered, London-based private bank 'Helvetia Trust Privatbankier, Helvetia Holding'. The financial documentation included an official bank Proof of Funds letter dated March 23, 2021, showing a cash balance, held for said investment, of at least the Five Billion GBP, or Seven Billion USD.

10. The approximate $7,000,000,000 (Seven Billion USD) sum represented only a minimum investment, or simply an initial investment. Defendant Induservice demonstrated willingness and capability for future larger investments by showing Plaintiff a bank account statement of up to 500 Billion GBP held at Helvetia Trust Privatbankier in Switzerland.

11. Any of Defendant Induservice's future investments directly or indirectly derived from the services rendered by Plaintiff Strategic Advisers is subject to commission fees as agreed in the original IMFPA.

12. The consulting services rendered by Strategic Advisers to Induservice included advising, communication management, financial evaluation, and introductions to private asset managers (also known as 'traders') in London, as well as in Europe and beyond. Plaintiff's advising and consulting services for the benefit of Defendant continued in the weeks following Defendant's the first investment application of March 24, 2021.

13. Around mid-April, and unbeknownst to Plaintiff, Defendant Induservice began conducting secretive, undisclosed negotiations with related investment parties in Europe. Defendant, and in particular its CEO Mr. Julian Alonso, kept such new discussions and negotiations concealed from Plaintiff.

14. These undisclosed investment negotiations came to fruition as direct result of efforts led by Strategic Advisers as per the original agreement between Plaintiff and Defendant. The negotiations culminated in an investment agreement for the benefit of Defendant Induservice.

15. On April 15, 2021, Mr. Julian Alonso as the CEO, and Ms. Amelia Duenas as the Corporate Secretary, signed an investment agreement on behalf of Grupo Induservice at Defendant's office in Bogota, Colombia.

16. Defendant Induservice has withheld and concealed the April 15, 2021 agreement from Plaintiff Strategic Advisers. Defendant has denied Plaintiff's demand to review the agreement in an effort to prevent Strategic Advisers from enjoying the financial benefits to be derived from the returns on such investment, as well as any future additional investments, achieved as a result of Plaintiff's consulting and advisory efforts.

**PRAYER FOR RELIEF**

WHEREFORE, Strategic Advisers prays for the following:

A. An award of $1,500,000,000 (One Billion and Five Hundred Million USD), based on Defendant Induservice's minimum investment target of at least $7,000,000,000 (Seven Billion USD) and its related returns and profit projections;

B. An award for damages for loss of commissions on financial returns on future

4

investments made by Defendant and derived as a result of Plaintiff's efforts;

    C.    Such further relief as this Court may deem just and equitable.

Dated this 5th day of May 2021

By _____
Sebastian Saviano
Managing Member
STRATEGIC ADVISERS GROUP LLC
1455 Pennsylvania Avenue
Suite 400
Washington, DC 20004
Tel.: (202) 688 1564
nino@straadgroup.com